IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

SHAWN MARCUS HENDRICKS,      Case No. 17-08599-RM3-7

           Debtor

## ORDER AUTHORIZING TRUSTEE TO EMPLOY
## LAW OFFICE OF ROBERT H. WALDSCHMIDT
## AS ATTORNEY FOR THE TRUSTEE

Upon the motion of Robert H. Waldschmidt, trustee, for approval to employ the Law Office of Robert H. Waldschmidt as attorney for the trustee, and it further appearing that said attorney represents no interest adverse to the debtor's estate, twenty-one (21) days notice having been given pursuant to LR 9013-1 of this court, and no adverse interest appeared or objections were filed;

IT IS HEREBY ORDERED that Robert H. Waldschmidt, trustee, is authorized to employ the Law Office of Robert H. Waldschmidt as attorney to represent the trustee as counsel in this matter; said employment shall be effective from the date of the filing of the motion to employ on 2/15/18, and said Law Office may seek compensation for services rendered on or after the date of the filing of said motion.

IT IS FURTHER ORDERED that counsel for the trustee shall make application to the court for approval of all compensation pursuant to 11 USC §§ 330, 331, the Federal Rules of Bankruptcy Procedure, the Local Rules of this court and the U.S. Trustee Fee Guidelines.

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/Robert H Waldschmidt*
ROBERT H. WALDSCHMIDT (#4657)
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828
(615) 468-1020; (615) 259-2179  (fax)
rhw@rhwlawoffice.com